Pearson, J.
 

 We agree with the Court below, that the plaintiff is entitled to a sum necessary to defray the expenses of obtaining the education intended ; whether he remained in the County of Chowan under the supervision of the defendants, or was taken by his mother to the City of Baltimore. But, we think, the sum necessary must be estimated according to the prices in Chowan, where the testatorhad his domicil, and not according to the Baltimore prices. If a departure is made from the domicil? there is no better reason for stopping at the City of Baltimore than at London or Paris.
 

 
 *25
 
 We are also of opinion, that the plaintiff is entitled to recover such a sura, as will pay his mother, or any other friend, for the expenses incurred for his clothes, board, tuition and books, &c., according to the Chowan prices, during the time that he has been actually kept at school. If during the time he has been kept at school, he has acquired a “plain practical education,” by which we understand, a good English education, without reference to the languages or the learning tanght at the Universities, then the plaintiff, who is now eighteen years of age, will be entitled to a decree for the sura, which has been expended upon his education, having reference to the prices in Chowan. But if during the six years, that this bill has been pending, the plaintiff has not received such an education, he is entitled to a decree for such a sum, as will now enable him to finish his education, and also to pay any expense that may have been incurred, while he has been kept at school.
 

 The decree below must be reversed, with costs in this Court, and a reference be made to the Clerk to ascertain how long the plaintiff has been kept at School; at what expense for clothes, board, tuition, school books, medical charges, <^c., while at school, according to the rate of charges in the County of Chowan ; whether the plaintiff has obtained a plain practical education; if not, then what yearly allowance, according to the prices in the County of Ghowan, ought to be made to enable him to do so.
 

 Per Curiam.
 

 Ordered to be certified to the Court below.